

# Fourth Court of Appeals
## San Antonio, Texas

March 29, 2018

No. 04-18-00014-CV

Virginia **BRETADO,**
Appellant

v.

**NATIONWIDE MUTUAL INSURANCE COMPANY,**
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-09066
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

Appellant's second motion for extension of time is GRANTED. We ORDER Appellant to file her brief on or before April 18, 2018.

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of March, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court